UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 2057**

------------------------------------x

FORTIS GESBETA SGIIC S.A.,

                Plaintiff,

- v. -

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO,

                Defendants.

------------------------------------x

No. 08 Civ. _____

**DISCLOSURE STATEMENT
PURSUANT TO
FED. R. CIV. P. 7.1(a)**

[Stamp: FEB 29 2008 U.S.D.C. S.D.N.Y. CASHIERS]

Pursuant to Federal Rule of Civil Procedure 7.1 [formally Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Fortis Gesbeta SGIIC S.A., a private non-governmental party, certifies that it is wholly owned by Fortis Bank S.A./N.V., a publicly held company.

Dated: New York, New York
       February 29, 2008

By: _____

LABATON SUCHAROW LLP

Lawrence A. Sucharow (LS-1726)
Eric J. Belfi (EB-8895)
Mark Arisohn (MA-2364)
Anthony J. Harwood (AH-1006)
Javier Bleichmar (JB-1104)
Jesse Strauss (JS-0212)
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

*Attorneys for Plaintiff Fortis Gesbeta SGIIC S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
FORTIS GESBETA SGIIC S.A.,                                     :    No. 08 Civ. _____
                                                               :
                          Plaintiff,                           :    **STATEMENT**
                                                               :    **OF RELATEDNESS**
         - v. -                                                :
                                                               :
VIVENDI, S.A., JEAN-MARIE MESSIER                              :
and GUILLAUME HANNEZO,                                         :
                                                               :
                          Defendants.                          :
                                                               :
---------------------------------------------------------------x

The claims asserted in this action arise under various provisions of the Securities Act of 1933 (the "Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Act"), and common law theories. This Court has jurisdiction over the subject matter of this action and personal jurisdiction over the Defendants pursuant to Section 22 of the Securities Act, 15 U.S.C. § 77v; Section 27 of the Exchange Act, 15 U.S.C. § 78aa; and 28 U.S.C. §§ 1331, 1337(a), and 1367. Plaintiffs generally allege that Defendants made material misrepresentations and omissions of fact concerning the financial condition of Vivendi, S.A. ("Vivendi"), that caused Plaintiffs to suffer damages in connection with its purchases and acquisitions of Vivendi securities.

*In re Vivendi Universal, S.A. Securities Litigation*, No. 02 Civ. 5571 (RJH) (S.D.N.Y.), pending before Judge Holwell, is a class action asserting claims under the Securities Act and Exchange Act against the same Defendants named in the above-titled action. The claims asserted in No. 02 Civ. 5571 arise out of the same facts and circumstances as the claims asserted in the above-titled action. Accordingly, this action should be designated as related to No. 02 Civ. 5571.

Dated: February 29, 2008

LABATON SUCHAROW LLP

By: /s/ Lawrence A. Sucharow

Lawrence A. Sucharow (LS-1726)
Eric J. Belfi (EB-8895)
Mark S. Arisohn (MA-2364)
Anthony J. Harwood (AH-1006)
Javier Bleichmar (JB-1104)
Jesse Strauss (JS-0212)
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile:  212-818-0477

*Attorneys for Plaintiff Fortis Gesbeta SGIIC S.A.*